

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00425-CV

Daniel Martinez
v.
Dolgencorp of Texas, Inc. d/b/a Dollar General

On appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-4247-16-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

June 21, 2018